# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Harold Richardson,

V.

City of Chicago, et al.

CASE NUMBER: 12 C 9184

ASSIGNED JUDGE: Gottschall

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Chicago Police Detective KENNETH BOUDREAU
Chicago Police Department
Office of Legal Affairs
3510 S. Michigan, 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOM

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

DATE: November 27, 2012

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/30/2012 |
| NAME OF SERVER (PRINT) John Darragh | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via certified mail, return receipt requested, to:
3510 S. Michigan, 5th Floor, Chicago, IL 60653

receipt number: 7011 1150 0001 1264 9013

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/30/2012
         Date         *Signature of Server*

312 N. May Street
Suite 100
Chicago, IL 60607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case: 1:12-cv-09184 Document #: 8 Filed: 12/10/12 Page 3 of 3 PageID #:46

English    Customer Service    USPS Mobile    Register / Sign In



Search USPS.com or Track Packages

# Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111150000112649018 | | Delivered | December 04, 2012, 10:27 am | CHICAGO, IL 60653 | Certified Mail™ |
| | | Arrival at Unit | December 03, 2012, 8:09 am | CHICAGO, IL 60653 | |

**Check on Another Item**

What's your label (or receipt) number?

### LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

### ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

### ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

### OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.