# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Harold Richardson,

V.

City of Chicago, et al.

| | |
|---|---|
| CASE NUMBER: | 12 C 9184 |
| ASSIGNED JUDGE: | Gottschall |
| DESIGNATED MAGISTRATE JUDGE: | Schenkier |

TO: (Name and address of Defendant)

Chicago Police Detective JAMES CASSIDY
Chicago Police Department
Office of Legal Affairs
3510 S. Michigan, 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOM

THOMAS G. BRUTON, CLERK
(By) DEP

_Melissa Young_

(By) DEPUTY CLERK

| DATE |
|---|
| November 27, 2012 |

| DATE |
|---|
| |

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 11/30/2012 |
|---|---|
| NAME OF SERVER *(PRINT)*   John Darragh | TITLE   Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   via certified mail, return receipt requested, to:
   3510 S. Michigan, 5th Floor, Chicago, IL 60653

   receipt number: 7011 1150 0001 1264 9018

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/30/2012
              *Date*

*Signature of Server*

312 N. May Street
Suite 100
Chicago, IL 60607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case: 1:12-cv-09184 Document #: 9 Filed: 12/10/12 Page 3 of 3 PageID #:49



English          Customer Service          USPS Mobile                                    Register / Sign In

Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111150000112649018 | | Delivered | December 04, 2012, 10:27 am | CHICAGO, IL 60653 | Certified Mail™ |
| | | Arrival at Unit | December 03, 2012, 8:09 am | CHICAGO, IL 60653 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.