# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Harold Richardson,

V.

City of Chicago, et al.

CASE NUMBER: 12 C 9184

ASSIGNED JUDGE: Gottschall

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Chicago Police Sergeant L. TULDIER
Chicago Police Department
Office of Legal Affairs
3510 S. Michigan, 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

THOM

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: November 27, 2012

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/30/2012 |
| NAME OF SERVER (PRINT)  John Darragh | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via certified mail, return receipt requested, to:
3510 S. Michigan, 5th Floor, Chicago, IL 60653

receipt number: 7011 1150 0001 1264 9001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/2012        _[signature]_
                Date              Signature of Server

312 N. May Street
Suite 100
Chicago, IL 60607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case: 1:12-cv-09184 Document #: 15 Filed: 12/10/12 Page 3 of 3 PageID #:67

English    Customer Service    USPS Mobile    Register / Sign In

Search USPS.com or Track Packages

## Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111150000112649001 | | Delivered | December 04, 2012, 10:27 am | CHICAGO, IL 60653 | Certified Mail™ |
| | | Arrival at Unit | December 03, 2012, 8:09 am | CHICAGO, IL 60653 | |

**Check on Another Item**

What's your label (or receipt) number?

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.