## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Harold Richardson

                     Plaintiff,

v.                                    Case No.: 1:12–cv–09184
                                           Honorable Robert M. Dow Jr.

City of Chicago, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2016:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Motion for leave to file oversized brief [262] is granted; objections to Magistrate Judge order [264] are taken under advisement; response of no more than 20 pages is due by 9/6/2016. The Court will either issue a ruling by mail or set the matter for hearing after reviewing the briefs. Notice of motion date of 8/16/2016 is stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.