## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL SAUNDERS, | ) | |
| Plaintiff, | ) | No. 12-cv-09158 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| CITY OF CHICAGO, *et al.* | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| VINCENT THAMES, | ) | |
| Plaintiff, | ) | No. 12-cv-09170 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| CITY OF CHICAGO, *et al.* | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HAROLD RICHARDSON, | ) | |
| Plaintiff, | ) | No. 12-cv-09184 |
| v. | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| CITY OF CHICAGO, *et al.* | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

## **Motion for Leave to File Under Seal**

NOW COME Plaintiffs Michael Saunders, Vincent Thames, and Harold Richardson, by their attorneys, and submit this motion for leave to file under seal. In support, Plaintiffs state:

Plaintiffs intend to file a Motion to Disclose documents that are referred to in that motion.

In the motion, Plaintiffs identify and discuss documents that have been ordered protected under the Agreed Privacy Act Protective Order pursuant to 5 U.S.C. § 522a(b)(11). *See, e.g., Richardson*, Dkt. 9184, Dkt. 175. Pursuant to this Court's Order, any party who "wishes to file with the court a document containing Protected Information in connection with a motion, brief or

other submission to the court...shall make and application with the court requesting that the material be filed and kept under seal." *Id.*

WHEREFORE, for the foregoing reasons, Plaintiffs Michael Saunders, Vincent Thames, and Harold Richardson, respectfully request that this Court allow them leave to file their Motion under seal.

Respectfully Submitted,

| | | |
|---|---|---|
| /s/ Alexandra Lampert | /s/ Henry Turner, Jr. | /s/ David B. Owens |
| Peter Neufeld | Stuart Chanen | Arthur Loevy |
| Nick Brustin | Henry Turner | Jon Loevy |
| Anna Benvenutti Hoffmann | VALOREM LAW GROUP | Russell Ainsworth |
| Alexandra Lampert | 35 East Wacker Dr., Ste. 3000 | David B. Owens |
| Vishal Agraharkar | Chicago, IL 60601 | LOEVY & LOEVY |
| NEUFELD SCHECK & BRUSTIN LLP | Phone: (312) 676-5460 | 312 N. May St., Ste. 100 |
| 99 Hudson St., 8th Floor | | Chicago, IL 60607 |
| New York, NY 10013 | *Counsel for* | 312.243.5900 |
| 212.965.9081 | *Vincent Thames*; | |
| | Case No. 12-cv-9170 | *Counsel for* |
| John Benson | | *Harold Richardson*; |
| The Law Office of John C. Benson | | Case No. 12-cv-9184 |
| 4111 S. Richmond | | |
| Chicago, IL 60632 | | |
| 312. 399.5419 | | |
| | | |
| *Counsel for* | | |
| *Michael Saunders*; | | |
| Case No. 12-cv-9158 | | |

## CERTIFICATE OF SERVICE

I, David B. Owens, an attorney, certify that on February 24, 2017, a copy of *Plaintiffs Michael Saunders, Vincent Thames, and Harold Richardson's Motion for Leave to File Under Seal* was served upon all counsel of record through the Court's electronic filing system.

/s/ David B. Owens
David B. Owens
LOEVY & LOEVY
311 N Aberdeen St, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900