## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Harold Richardson

                  Plaintiff,

v.                                                   Case No.: 1:12–cv–09184
                                                        Honorable Robert M. Dow Jr.

City of Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Plaintiff's response to the motion for summary judgment [446] is due 11/22/17; Defendants' reply is due 12/15/17; the motion is taken under advisement and the Court will issue a ruling by mail. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.